UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Joyce Barnes, | : | CIVIL ACTION NO: 3:17-cv-01958 |
| Plaintiff, | : | |
| v. | : | |
| Robert Glanville and Laura Glanville, | : | |
| Defendants. | : | November 21, 2017 |

## COMPLAINT

**I.   INTRODUCTION**

1. This is an action brought by the plaintiff, Joyce Barnes, against the defendants, Robert Glanville and Laura Glanville, arising from the defendants' failure to lawfully pay the plaintiff wages for her work. The plaintiff alleges violations of the minimum wage and overtime provisions of the Connecticut Minimum Wage Act, Conn. Gen. Stat. §31-58 *et seq* ("CMWA") and New York Labor Law §170 and §652 ("NYLL"). The plaintiff seeks her unpaid wages, double damages under the CMWA, liquidated damages under the NYLL, and prejudgment interest, attorney's fees, and costs under both laws.

**II.   JURISDICTION AND VENUE**

2. This Court has diversity jurisdiction pursuant to 28 U.S.C. §1332.

3. Venue is appropriate in the District of Connecticut pursuant to 28 U.S.C. §1391(a) because all defendants are residents of Connecticut, and pursuant to 28 U.S.C. §1391(b) because a substantial part of the events giving rise to this claim occurred within this judicial district.

**III.   THE PARTIES**

4. The plaintiff, Joyce Barnes, is a resident of New York.

5. At all times relevant to this Complaint, the plaintiff was an employee of the defendants as that term is defined by Conn. Gen. Stat. §31-58(f) and §31-71a(2), and New York Labor Law §651(5).

6. The defendants, Robert Glanville and Laura Glanville, are residents of Greenwich, Connecticut.

7. At all times relevant to the Complaint, the defendants were employers as that term is defined by Conn. Gen. Stat. §31-58(e) and §31-71a(1), and New York Labor Law §651(6).

IV. **STATEMENT OF FACTS**

8. The plaintiff worked for the defendants as a live-in domestic worker from around 2002 until September 26, 2017.

9. The plaintiff's primary duties consisted of cooking, cleaning, and childcare.

10. The plaintiff started work at 6:00am each day and ended between 9:30pm and 12:00am, for a total of around 80 hours per week.

11. Most of the year, the plaintiff worked five days per week in the defendants' mansion in Greenwich, Connecticut.

12. The plaintiff accompanied the defendants on out-of-state vacations and holidays, and worked seven days per week during those times.

13. During the summers, the plaintiff accompanied the defendants to their vacation home in the Hamptons in Suffolk County, New York, where she worked seven days per week, except in 2017, when she worked five days per week.

14. The defendants paid the plaintiff $660.00 per week for her work.

15. The defendants paid the plaintiff less than the Connecticut minimum hourly wage.

16. The defendants paid the plaintiff less than the New York minimum hourly wage.

17. The defendants did not pay the plaintiff at the rate of one and one-half times her regular hourly rate for all hours worked in excess of forty hours in each one week period when the plaintiff performed her duties in Connecticut.

18. The defendants did not pay the plaintiff at the rate of one and one-half times her regular hourly rate for all hours worked in excess of forty-four hours in each one week period when the plaintiff performed her duties in New York.

19. The defendants did not maintain a complete and accurate record of the hours worked, wages earned, and wages paid to the plaintiffs.

20. Between January 1, 2015 and December 31, 2015, the minimum hourly wage in Connecticut was $9.15.

21. Between January 1, 2016 and December 31, 2016, the minimum hourly wage in Connecticut was $9.60.

22. Since January 1, 2017, the minimum hourly wage in Connecticut is $10.10.

23. Between July 24, 2009 and December 30, 2013, the minimum hourly wage in New York was $7.25.

24. Between December 31, 2013 and December 30, 2014, the minimum hourly wage in New York was $8.00.

25. Between December 31, 2014 and December 30, 2015, the minimum hourly wage in New York was $8.75.

26. Between December 31, 2015 and December 30, 2016, the minimum hourly wage in New York was $9.00.

27. Since December 31, 2016, the minimum hourly wage in Suffolk County, New York is $10.00.

V.    **COUNT ONE: CONNECTICUT MINIMUM WAGE VIOLATIONS**

28.   The plaintiff restates, re-alleges and incorporates by reference paragraphs 1 through 27, above.

29.   By the conduct described above, the defendants violated the minimum wage provisions of the Connecticut Minimum Wage Act, Conn. Gen. Stat. §31-58 *et seq*.

30.   As a result of the defendants' unlawful conduct, the plaintiff suffered a loss of compensation from employment that is due and owing to her.

VI.   **COUNT TWO: CONNECTICUT OVERTIME VIOLATIONS**

31.   The plaintiff restates, re-alleges and incorporates by reference paragraphs 1 through 27, above.

32.   By the conduct described above, the defendants have denied the plaintiff overtime wages in violation of Conn. Gen. Stat. §31-60a and §31-76c.

33.   As a result of the defendants' unlawful conduct, the plaintiff suffered a loss of compensation from employment that is due and owing to her.

VII.  **COUNT THREE: NEW YORK MINIMUM WAGE VIOLATIONS**

34.   The plaintiff restates, re-alleges and incorporates by reference paragraphs 1 through 27, above.

35.   By the conduct described above, the defendants violated the minimum wage provisions of New York Labor Law §652.

36.   As a result of the defendants' unlawful conduct, the plaintiff suffered a loss of compensation from employment that is due and owing to her.

VIII. **COUNT FOUR: NEW YORK OVERTIME VIOLATIONS**

37.   The plaintiff restates, re-alleges and incorporates by reference paragraphs 1 through 27, above.

38. By the conduct described above, the defendants have denied the plaintiff overtime wages in violation of New York Labor Law §170.

39. As a result of the defendants' unlawful conduct, the plaintiff suffered a loss of compensation from employment that is due and owing to her.

## PRAYER FOR RELIEF

**WHEREFORE**, the plaintiff respectfully requests that this Court:

1. Order the defendants to pay to the plaintiff all wages owed, consistent with the Connecticut Minimum Wage Act and New York Labor Law;

2. Award the plaintiff double damages for all Connecticut minimum wage and overtime wages owed, pursuant to Conn. Gen. Stat. §31-72;

3. Award the plaintiff liquidated damages for all New York minimum wage and overtime wages owed, pursuant to New York Labor Law §198 and §663;

4. Award the plaintiff prejudgment interest pursuant to Conn. Gen. Stat. §31-72 and New York Labor Law §198 and §663;

5. Award the plaintiff her reasonable attorney's fees and costs pursuant to Conn. Gen. Stat. §31-72 and New York Labor Law §198 and §663; and

6. Award the plaintiffs such other legal and equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED
THE PLAINTIFF, by

*/s/ Mariusz Kurzyna*
Mariusz Kurzyna (ct28940)
The Law Office of Mariusz Kurzyna
130 West Main Street, P.O. Box 3104
New Britain, Connecticut 06050
Tel. 860-357-6070
Fax 860-606-9560
mariusz@kurzynalaw.com